# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JESUS CHRIST OPEN ALTAR CHURCH, LLC § § <br> Plaintiff, § <br> vs. § § <br> CITY OF HAWKINS, ALIVIN FLYNN, § <br> DONNA JORDAN, MIKE MAYBERRY, § <br> TOM PARKER, HOWARD COQUAT, § <br> WAYNE KIRKPATRICK, NORMAN § <br> OGLESBY, CODY JORGENSON AND, § <br> STEPHEN LUCAS, § <br> Defendants. § | CIVIL ACTION NO. _____ <br><br> JURY DEMAND |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Defendants **CITY OF HAWKINS, TEXAS, ALVIN FLYNN, DONNA JORDAN, MIKE MAYBERRY, TOM PARKER, HOWARD COQUAT, WAYNE KIRKPATRICK, NORMAN OGLESBY, CODY JORGENSON and STEPHEN LUCAS,** and file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof, would show the Court the following:

1.  On or about July 8, 2021, Plaintiff filed its "Plaintiff's First Amended Original Petition" in the 402nd Judicial District Court of Wood County, Texas, Cause No. 2021-300, naming CITY OF HAWKINS, TEXAS, ALVIN FLYNN, DONNA JORDAN, MIKE MAYBERRY, TOM PARKER, HOWARD COQUAT, WAYNE KIRKPATRICK, NORMAN OGLESBY, CODY JORGENSON and STEPHEN as Defendants. Some of the Defendants were served with the First Amended Original Petition and process on or about July 19,

2021. The Defendants appeared and answered in the state court action on July 27, 2021.

2. **Grounds for Removal**. Some of Plaintiff's claims against Defendants are based upon claims for alleged deprivation of constitutional rights, actionable under the auspices of 42 U.S.C. §1983, which states in pertinent part, as follows:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress . . .

42 U.S.C. §1983. Specifically, Plaintiff alleges that it has suffered a violation of its First Amendment rights. *See* First Amended Petition, ¶ IV.04. Plaintiff alleges the following:

> "The Church by establishing on its own property the sign "Jesus Welcome [sic] you to Hawkins" in exercising its constitutional rights of freedom of speech and freedom of religion is protected by law. Such rights shall not be interfered by any individual or entities. The City of Hawkins' unlawful seizure of such sign constitute a violation of the Church's First Amendment rights. The Church sues the Defendants jointly and severally liable for knowingly violating the Church's First Amendment rights."

*See* First Amended Petition, ¶ IV.04. Consequently, this Court has federal question jurisdiction over Plaintiff's constitutional claims pursuant to 28 U.S.C. §1331 which grants district courts jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Further, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

3. **Compliance With Removal Statutes**. Defendants have complied with the requirements for removal set forth in 28 U.S.C. §1446(b). Plaintiff filed its Original Petition on June 28, 2021 (Exh. B); Plaintiff filed its First Amended Petition on July 8, 2021 (Exh. C); and citations for all Defendants were issued by the Wood County District Clerk's office

on July 14, 2021 (Exh. D).  Most of the Defendants were served with a citation and Plaintiff's First Amended Petition on Monday, July 19, 2021.  No Defendant was served with the citation and/or the First Amended Petition before July 19, 2021.  Defendants filed their Answer (Exh. E) and their Jury Demand (Exh. F) in state court on July 27, 2021. Wednesday, August 18, 2021, is the 30th day following service of the citations that were served on some of the Defendants.  Accordingly, this Notice of Removal, filed on July 27, 2021, is timely.

4.  **Consent.**  All Defendants consent to the removal of this civil action to federal court.

5.  Pursuant to Local Rule CV-81, Defendants provide the following information:

   a.  **List of Parties:**

   Plaintiff:      JESUS CHRIST OPEN ALTAR CHURCH, LLC

   Defendants:   CITY OF HAWKINS, TEXAS
                 ALVIN FLYNN
                 DONNA JORDAN
                 MIKE MAYBERRY
                 TOM PARKER
                 HOWARD COQUAT
                 WAYNE KIRKPATRICK
                 NORMAN OGLESBY
                 CODY JORGENSON
                 STEPHEN LUCAS

   b.  **Attachments:**

   1. Civil Cover Sheet
   2. Certified Copy of State Court Docket Sheet (Ex. A)
   3. Plaintiff's Original Petition (Ex. B)
   4. Plaintiff's First Amended Petition (Ex. C)
   5. Citations and Process issued Defendants (Ex. D)
   6. Defendants' Original Answer and Defenses (Ex. E)
   7. Defendants' Jury Demand (Ex. F)

    **c.**    **List of Attorneys to date:**

        <u>Counsel for Plaintiff</u>:

            William R. Power
            1370 State Highway 276
            Emory, Texas 75440
            (903) 570-0785
            powerlaw2020@gmail.com

        <u>Counsel for Defendants</u>:

            Darren K. Coleman
            State Bar No. 04558570
            BOON CALK ECHOLS COLEMAN & GOOLSBY, P.L.L.C.
            1800 N.W. Loop 281, Suite 303
            Longview, Texas 75604
            903.759.2200
            903.759.3306 Facsimile
            darren.coleman@boonlaw.com

**d.**    A jury demand was made in the State Court action by Defendants and, as part of its removal, Defendants make demand for a jury.

**e.**    This case is being removed from the 402nd Judicial District Court of Wood County, Texas, cause number 2021-300.  The address of the state court is as follows:  P O Box 1707, Quitman, Texas 75783-1707

        **BOON CALK ECHOLS COLEMAN**
          **& GOOLSBY, P.L.L.C.**
      1800 N.W. Loop 281, Suite 303
      Longview, Texas 75604
      903.759.2200
      903.759.3306 Facsimile

/s/ Darren K. Coleman
**DARREN K. COLEMAN**
State Bar No. 04558570
darren.coleman@boonlaw.com
Lead Attorney

**ATTORNEYS FOR DEFENDANTS CITY OF HAWKINS, ALVIN FLYNN, DONNA JORDAN, MIKE MAYBERRY, TOM PARKER, HOWARD COQUAT, WAYNE KIRKPATRICK, NORMAN OGLESBY, CODY JORGENSON AND STEPHEN LUCAS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon Plaintiff's counsel of record, as listed below, in the above entitled and numbered cause on July 27, 2021, in the following manner:

  X    Via Electronic Mail (at powerlaw2020@gmail.com) and

  X    Via CM/RRR: 7017 0190 0000 4789 8418
       certified U.S. Mail at the following address:

   William R. Power
   1370 State Highway 276
   Emory, Texas 75440

                      /s/ Darren K. Coleman
                      **DARREN K. COLEMAN**