UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00289

**Jesus Christ Open Altar Church, LLC,**
*Plaintiff,*

v.

**City of Hawkins, Texas et al.,**
*Defendants.*

## ORDER

Given that the defendants removed this action to this court, they are in the best position to ascertain when a scheduling conference would be appropriate. Accordingly, the court orders the defendants to file a notice of readiness for scheduling conference within ten days after plaintiff's counsel appears, files a motion to remand, or a conference is otherwise appropriate. The notice should include a list of any pending motions.

If defendant does not believe a scheduling conference is appropriate at that time, defendant should file a notice explaining why the court should delay entering a scheduling order.

*So ordered by the court on August 19, 2021.*

J. Campbell Barker
United States District Judge