IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JESUS CHRIST OPEN ALTAR CHURCH, LLC <br>    Plaintiff, <br><br> CITY OF HAWKINS, ALIVIN FLYNN, DONNA JORDAN, MIKE MAYBERRY, TOM PARKER, HOWARD COQUAT, WAYNE KIRKPATRICK, NORMAN OGLESBY, CODY JORGENSON AND, STEPHEN LUCAS, <br> Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO.6:21-cv-289-JCB <br><br> JURY DEMAND |

## DEFENDANTS' NOTICE TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Defendants **CITY OF HAWKINS, TEXAS, ALVIN FLYNN, DONNA JORDAN, MIKE MAYBERRY, TOM PARKER, HOWARD COQUAT, WAYNE KIRKPATRICK, NORMAN OGLESBY, CODY JORGENSON and STEPHEN LUCAS,** and file this Notice to the Court, and would show the Court the following:

1. On August 19, 2021, the undersigned counsel received an Order (ECF 8) from the Court regarding readiness for a scheduling conference. Since that time, the undersigned counsel has attempted to contact Plaintiff's counsel regarding his intent to enter an appearance in this federal court action.

2. Today, September 7, 2021, the undersigned counsel spoke to Plaintiff's counsel, William Power. Mr. Power stated that, for health reasons, he would be filing a Motion to Withdraw in the near future. He further advised that Plaintiff's representatives are reportedly meeting later this week with another attorney to discuss possible

1

representation.

3. In order to prevent any further delay, Defendants respectfully request the Court set this matter for a scheduling conference with adequate notice to Plaintiff to retain new counsel or otherwise appear before the Court.

> **BOON CALK ECHOLS COLEMAN**
> **& GOOLSBY, P.L.L.C.**
> 1800 N.W. Loop 281, Suite 303
> Longview, Texas 75604
> 903.759.2200
> 903.759.3306 Facsimile
>
>
> /s/ Darren K. Coleman
> **DARREN K. COLEMAN**
> State Bar No. 04558570
> darren.coleman@boonlaw.com
> Lead Attorney
>
> **ATTORNEYS FOR DEFENDANTS CITY OF HAWKINS, ALVIN FLYNN, DONNA JORDAN, MIKE MAYBERRY, TOM PARKER, HOWARD COQUAT, WAYNE KIRKPATRICK, NORMAN OGLESBY, CODY JORGENSON AND STEPHEN LUCAS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon Plaintiff's counsel of record, as listed below, in the above entitled and numbered cause on September 7, 2021, in the following manner:

  X    Via CM/RRR: 7016 1970 0000 0722 1283
       certified U.S. Mail at the following address:

William R. Power
1370 State Highway 276
Emory, Texas 75440

> /s/ Darren K. Coleman
> **DARREN K. COLEMAN**